IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRIAN FELDMAN and DANIEL
DICKERSON, individually, and on behalf
Of a class of similarly situated individuals,

    Plaintiffs,

vs.                          CASE NO: 17-cv-61150-DIMITROULEAS/Snow

BRP US, INC., BOMBARDIER
RECREATIONAL PRODUCTS, INC.
and BRP, INC.,

    Defendants.
_____/

**BOMBARDIER RECREATIONAL PRODUCTS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, BOMBARDIER RECREATIONAL PRODUCTS, INC. ("Bombardier") states that Bombardier has a parent corporation in the entity of BRP INC. BRP INC is a publicly traded corporation and currently owns 100% of Bombardier's stock. Both corporations are Canadian entities.

Dated this 13th of October, 2017

                              Respectfully submitted,

                              */s/ Scott M. Sarason*
                              **SCOTT M. SARASON**
                              Florida Bar No.: 0394718
                              ssarason@rumberger.com (Primary)
                              docketingorlando@rumberger.com and
                              ssarasonsecy@rumberger.com (secondary)
                              **RUMBERGER, KIRK & CALDWELL, P.A.**
                              Brickell City Tower
                              80 S.W. 8th Street
                              Suite 300

Miami, FL 33130-3037
Telephone:  (305) 358-5577
Telecopier: (305) 371-7580

**DOUGLAS B. BROWN**
Florida Bar No.  0242527
dbrown@rumberger.com  (Primary)
dbrownsecy@rumberger.com (Secondary)
**SAMANTHA C. DUKE**
Florida Bar No.:  0091403
sduke@rumberger.com (Primary)
sdukesecy@rumberger.com (secondary)
**RUMBERGER, KIRK & CALDWELL, P.A.**
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

*Attorneys for Defendants*


# CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 13th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:  See attached Service List.

s/  *Scott M. Sarason*
**SCOTT M. SARASON**
Florida Bar No.:  0394718
ssarason@rumberger.com (Primary)
docketingorlando@rumberger.com and
ssarasonsecy@rumberger.com (secondary)
**RUMBERGER, KIRK & CALDWELL, P.A.**
Brickell City Tower
80 S.W. 8th Street
Suite 300
Miami, FL 33130-3037
Telephone:  (305) 358-5577
Telecopier: (305) 371-7580

**DOUGLAS B. BROWN**
Florida Bar No.  0242527
dbrown@rumberger.com  (Primary)

    dbrownsecy@rumberger.com (Secondary)
**SAMANTHA C. DUKE**
Florida Bar No.:  0091403
sduke@rumberger.com (Primary)
sdukesecy@rumberger.com (secondary)
**RUMBERGER, KIRK & CALDWELL, P.A.**
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

*Attorneys for Defendants*

## ATTORNEY SERVICE LIST

| | |
|---|---|
| ***Steven R. Jaffe*** <br> Steve@pathtojustice.com <br> ***Mark S. Fistos*** <br> mark@pathtojustice.com <br> FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L. <br> 425 N. Andrews Ave <br> Suite 2 <br> Ft. Lauderdale, FL 33301 <br><br> *Attorney for Plaintiffs* | ***Matthew R. Mendelsohn (Pro Hac Vice)*** <br> mmendelsohn@mskf.net <br> MAZIE SLATER KATZ & FREEMAN, LLC <br> 103 Eisenhower Pkwy. <br> Roseland, NJ 07068 <br><br> *Attorney for Plaintiffs* |
| ***Richard E. Norman (Pro Hac Vice)*** <br> rnorman@crowleynorman.com <br> ***R. Martin Weber, Jr. (Pro Hac Vice)*** <br> mweber@crowleynorman.com <br> CROWLEY NORMAN, LLP <br> 3 Riverway <br> Suite 1775 <br> Houston, TX 77056 <br><br> *Attorney for Plaintiffs* | ***Britton D. Monts (Pro Hac Vice)*** <br> bmonts@themontsfirm.com <br> THE MONTS FIRM <br> Frost Bank Tower <br> 401 Congress Ave. <br> Suite 1540 <br> Austin, TX 78701 <br><br> *Attorney for Plaintiffs* |

10576359.1